

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On October 13, 2014, the parties in this original mandamus proceeding filed a joint motion to postpone formal submission and oral argument due to a settlement of the underlying lawsuit. The motion to temporarily postpone the formal submission of this original proceeding is GRANTED. **Relators are ORDERED to file in this court either a motion to dismiss this mandamus proceeding or a status report no later than November 13, 2014.**

         It is so **ORDERED** on October 13th, 2014.         PER CURIAM

ATTESTED TO: _____
                       Keith E. Hottle
                       Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.